UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:
GLOBAL CHIN INC,  Case No.  04-22371 JKO
GLOBAL CHIN INC  (Chapter 7)

            Debtor                                    /

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on 9/21/09.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

   /s/ Les Osborne
Les Osborne, Trustee
1300 N. Federal Hwy.
Suite 203
Boca Raton, FL  33433
(561) 368-2200

Printed: 09/30/09 11:00 AM                    **Claims Distribution Register**                    Page: 1

Case: 04-22371    GLOBAL CHIN INC,

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/16/04 | 200 | Rachlin , LLP<br>1 Southeast Third Avenue<br>10th Floor<br>Miami, FL 33131<br><3410-00  Accountant for Trustee Fees (Other Firm)> | 12,228.00 | 12,228.00 | 2,012.96 | 10,215.04 | 0.00 |
| | 04/16/04 | 200 | Rachlin , LLP<br>1 Southeast Third Avenue<br>10th Floor<br>Miami, FL 33131<br><3420-00  Accountant for Trustee Expenses (Other Firm)> | 41.25 | 41.25 | 6.79 | 34.46 | 0.00 |
| | 04/16/04 | 200 | Les Osborne<br>1300 N. Federal Hwy.<br>Suite 203<br>Boca Raton, FL 33433<br><2100-00  Trustee Compensation> | 1,483.17 | 1,483.17 | 244.16 | 1,239.01 | 0.00 |
| | 04/16/04 | 200 | Les Osborne<br>1300 N. Federal Hwy.<br>Suite 203<br>Boca Raton, FL 33433<br><2200-00  Trustee Expenses> | 32.80 | 32.80 | 5.40 | 27.40 | 0.00 |
| | 04/16/04 | 200 | FIV Corporation<br>2500 Wachovia Financial center<br>200 S. Biscayne Blvd<br>Miami, FL 33131<br><2410-00  Admin. Rent (post-petition storage fees, leases, etc.)> | 30,752.45 | 30,752.45 | 5,062.43 | 25,690.02 | 0.00 |
| | | | **Total for Priority 200:    16.46189% Paid** | **$44,537.67** | **$44,537.67** | **$7,331.74** | **$37,205.93** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$44,537.67** | **$44,537.67** | **$7,331.74** | **$37,205.93** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/29/04 | 610 | NuCO2 Inc<br>Nicholas La Rose<br>2800 SE Market Pl<br>Stuart, FL 34997<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 04/29/04 | 610 | Service Cold Storage<br>3220 SW 2nd Ave<br>Fort Lauderdale, FL 33315<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 04/29/04 | 610 | Clipper Magazine<br>3708 Hempland Road<br>P O Box 610<br>Mountville, PA 17554<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 09/30/09 11:00 AM

# Claims Distribution Register

Page: 2

Case: 04-22371    GLOBAL CHIN INC,

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 05/05/04 | 610 | Gershen Associates<br>9769 S Dixie Hwy<br>202<br>Miami, FL 33156<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | 05/18/04 | 610 | IGT Service Inc<br>600 NE 36th Street<br>Miami, FL 33137<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 05/18/04 | 610 | Florida Linen Services<br>1407 SW 8th Street<br>Pompano Beach, FL 33069<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | 05/20/04 | 610 | Linda s Clipper Blades Scissors<br>18073 Sw 28 ST<br>Miramar, FL 33029<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | 05/21/04 | 610 | 1 Iron Commercial Premium Finance<br>c/o Karen Sanchez VIP<br>950 17 St #1300<br>Denver, CO 80202<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | 06/01/04 | 610 | J B Wholesale<br>105 NW 13th Avenue<br>Pompano Beach, FL 33069<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | 06/07/04 | 610 | Broward County Commercial Tax<br>Broward County Revenue Collection<br>115 S Andrews Avenue 44A100<br>Fort Lauderdale, FL 33301-1895<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | 06/07/04 | 610 | Sysco Food Services<br>P0 Box 64000 A 555 NE 185th Street<br>Miami, FL 33164<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | 07/15/04 | 610 | First Data Merchant Services Corp<br>1307 Walt Whitman Road<br>Melville, NY 11747<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 | 07/22/04 | 610 | Empire Seafood<br>7850 NW South River Drive<br>Miami, FL 33166-2514<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | 07/26/04 | 610 | Teco People Gas<br>P O Box 2582<br>Tampa, FL 33601<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 09/30/09 11:00 AM  **Claims Distribution Register**  Page: 3

**Case: 04-22371    GLOBAL CHIN INC,**

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 15 | 07/30/04 | 610 | Bell South<br>29EF1 301 W Bay St<br>Jacksonville, FL 32202<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | 07/30/04 | 610 | Ronald Shaban<br>2509 Eagle Run Drive<br>Weston, FL 33327<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | 08/18/04 | 610 | Old Boston Seafood Company LLC do<br>Saavedra Pelosi Goodwin He<br>Nancy Pelosi Esq<br>312 SE 17th Street 2nd Floor<br>Fort Lauderdale, FL 33316<br><7100-00  General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 18 | 09/20/04 | 620 | Fl Dept of Revenue<br>c/o Dahlia Paul<br>6565 Taft St 4 Fl<br>Hollywood, FL 33024<br><7200-00  Tardy General Unsecured § 726(a)(3)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | 09/30/04 | 620 | National Distributing Co Inc<br>441 SW 12th Avenue<br>Deerfield Beach, FL 33442<br><7200-00  Tardy General Unsecured § 726(a)(3)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | 11/23/05 | 620 | Florida Dept of Revenue<br>POB 6668<br>Tallahassee, FL 32314-6668<br><7200-00  Tardy General Unsecured § 726(a)(3)> | 1,592.26 | 1,592.26 | 0.00 | 1,592.26 | 0.00 |
| | | | **Total for Priority 620:   0% Paid** | **$1,592.26** | **$1,592.26** | **$0.00** | **$1,592.26** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$1,592.26** | **$1,592.26** | **$0.00** | **$1,592.26** | **$0.00** |
| | | | **Total for Case :** | **$46,129.93** | **$46,129.93** | **$7,331.74** | **$38,798.19** | **$0.00** |